IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | Cr. No.: 23-20167-P |
| EDWARD MATTHEWS | |
| Defendant. | |

## POSITION OF DEFENDANT IN REGARD TO PRESENTENCE REPORT

COMES NOW, counsel for the defendant Edward Matthews, pursuant to Rule 32(c) of the Federal Rules of Criminal Procedure and Local Criminal Rule 32.1 and Section 6A1.2 of the United States Sentencing Commission Guidelines Manual (effective November 1, 2023) and submits the following position in regard to sentencing in this case.

### THE SENTENCING HEARING

Counsel anticipates calling possibly one witness who will testify to the factors in Title 18, United States Code § 3553. Though difficult to predict, counsel anticipates no more than one to two hours for the hearing.

### LOCAL RULE 32.1

Counsel has received and reviewed the Presentence Investigation Report (PSR) with Mr. Matthews and presents no objections to the facts or sentencing guideline calculations.

Respectfully submitted,

/s/ Lee Gerald
Lee Gerald
Attorney at Law
619 South Cooper Street
Memphis, TN  38104
(901) 525-8848

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Position of Defendant in Regard to Presentence Report has been electronically forwarded to Messrs. Stephen Hall and Gregory Wagner, Assistant United States Attorneys.

This the 13th day of June, 2024.

/s/ Lee Gerald
Lee Gerald
Attorney at Law